**Dismissed and Opinion Filed July 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01063-CR
### No. 05-15-01064-CR

**JOHN ALLEN GRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80148-2015 & 296-80149-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Bridges

Appellant has filed motions to dismiss these appeals. Appellant's counsel has approved

the motions. *See* TEX. R. APP. P. 42.2(a).

The Court grants the motions and orders that the appeals be dismissed and this decision

be certified below for observance.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
151063F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN ALLEN GRIER, Appellant

No. 05-15-01063-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-80148-2015.
Opinion delivered by Justice Bridges, Chief Justice Wright and Justice Lang participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered July 26, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOHN ALLEN GRIER, Appellant

No. 05-15-01064-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-80149-2015.
Opinion delivered by Justice Bridges, Chief Justice Wright and Justice Lang participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered July 26, 2016.